# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MYRON "MICHAEL" ANSON and CHRIS ANSON,** | ) ) ) | |
| **Plaintiff,** | ) ) | **8:07CV185** |
| vs. | ) ) | **ORDER** |
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| **Defendant.** | ) | |

      This matter is before the magistrate judge for full pretrial supervision. In reviewing the file, the court notes that the constitutionality of Neb. Rev. Stat. § 44-2825 was challenged in the plaintiffs' second cause of action; however, it does not appear that the plaintiffs have provided notice of this claim to the Attorney General of the State of Nebraska as required by Fed. R. Civ. P. 5.1(a).[1] Under Rule 5.1(c), the Attorney General may intervene within 60 days after the notice of constitutional question is filed or after the court certifies the challenge, whichever is earlier.

      **IT IS ORDERED** that plaintiffs shall comply with the notice requirements of Fed. R. Civ. P. 5.1(a) and file a certificate of service demonstrating compliance with Rule 5.1(a) and this order no later than **September 10, 2007.**

      **DATED August 23, 2007.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**

---

[1] Fed. R. Civ. P. 5.1, governing constitutional challenges to statutes, provides:

    **(a) Notice by a Party.** A party that files a pleading, written motion, or other paper drawing into question the constitutionality of a ... state statute must promptly:
        (1)  file a notice of constitutional question stating the question and identifying the paper that raises it, if:

                      * * * *

        (B) a state statute is questioned and neither the state nor any of its agencies, officers, or employees is a party in an official capacity; and
        (2)  serve the notice and paper on ... the state attorney general if a state statute is challenged [ ] either by certified or registered mail or by sending it to an electronic address designated by the attorney general for this purpose.