IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MYRON "MICHAEL" ANSON and** | ) | |
| **CHRIS ANSON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **8:07CV185** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on plaintiffs' unopposed Motion for Leave to File an Amended Complaint [18]. I note that the proposed amended complaint does not include the constitutional claim involving Neb. Rev. Stat. § 44-2825. Pursuant to Fed. R. Civ. P. 15 and NECivR 15.1,

**IT IS ORDERED** that plaintiffs' Motion [18] is granted, as follows:

1. Plaintiffs shall file and serve the Amended Complaint no later than **September 20, 2007.** Plaintiffs' constitutional challenge to Neb. Rev. Stat. § 44-2825 shall be deemed withdrawn upon filing of the Amended Complaint.

2. Defendant shall respond to the Amended Complaint within the time allowed by Fed. R. Civ. P. 15(a).

3. Because this case has been certified pursuant to 28 U.S.C. § 2403 (b), the Clerk shall mail a copy of this Order to the Attorney General of the State of Nebraska.

**DATED September 13, 2007.**

                                    **BY THE COURT:**

                                    **s/ F.A. Gossett**
                                    **United States Magistrate Judge**