# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MYRON "MICHAEL" ANSON and CHRIS ANSON, | ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV185 |
| vs. | ) ) | ORDER |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

At the joint request of counsel, and for good cause shown,

**IT IS ORDERED** that the initial progression order [16] is amended, as follows:

1. The parties' mediation status report deadline is extended to **November 30, 2007.**

2. The telephone conference now set for November 29, 2007 at 9:00 a.m. is continued to **Monday, January 14, 2008 at 9:00 a.m.** Plaintiff's counsel shall initiate the call to the court at 402-661-7340.

**DATED October 24, 2007.**

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　　**United States Magistrate Judge**