IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MYRON "MICHAEL" ANSON and CHRIS ANSON, | ) ) ) | |
| Plaintiffs, | ) ) ) | 8:07CV185 |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) ) | ORDER |
| Defendant. | ) ) | |

     IT IS ORDERED that the parties' Joint Motion for Extension [27] is granted, and the Final Progression Order [26] is amended as follows:

- Paragraph 2(a):  The **deposition deadline** is extended from July 31 to **August 15, 2008**.

- Paragraph 3:  **Disclosure of Expert Witnesses.**

  Each plaintiff, counter-claimant, and cross-claimant shall, as soon as practicable but not later than **May 30, 2008**, serve all opposing parties with the statement required by Fed. R. Civ. P. 26(a)(2) regarding each expert witness it expects to call to testify at trial pursuant to the provisions of Rule 702, 703 or 705, Fed. Rules of Evidence.

  Each defendant, counter-defendant, and cross-defendant shall serve its statement of the expert witnesses it expects to call to testify pursuant to Rule 702, 703 or 705, Fed. Rules of Evidence, pursuant to Fed. R. Civ. P. 26(a)(2) as soon thereafter as practicable, but not later than **June 30, 2008.**

  If necessary to refute the disclosed opinions of an expert witness of an opponent, a plaintiff, counter-claimant, or cross-claimant may disclose additional expert witnesses not later than **July 14, 2008.**

- Paragraph 6:  The **final pretrial conference** is continued from August 28, 2008 to Thursday, **September 11, 2008 at 11:00 a.m.**

All other progression order deadlines remain in effect.

     **DATED March 21, 2008.**

                                                BY THE COURT:

                                                s/ F.A. Gossett
                                                **United States Magistrate Judge**