IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MYRON "MICHAEL" ANSON,** | ) | **CASE NO. 8:07CV185** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Motion on Status of Case and Request for Order (Filing No. 35). On April 8, 2008, Plaintiff Myron "Michael" Anson filed a Second Amended Complaint in this matter. The parties stipulate that the Second Amended Complaint eliminates the cause of action brought by Plaintiff Chris Anson and that he should be dismissed.

IT IS ORDERED:

1. The government's Motion to Dismiss (the First Amended Complaint), or in the Alternative for Summary Judgment (Filing No. 28), is denied as moot;

2. Plaintiff Chris Anson is dismissed as a party from the present case; and

3. The caption is hereby amended as shown above.

DATED this 9th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge