IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MYRON "MICHAEL" ANSON and CHRIS ANSON,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | **8:07CV185** |
| vs. | ) ) | |
| | ) | **ORDER** |
| **UNITED STATES OF AMERICA,** | ) ) | |
| Defendant. | ) | |

Upon review of the Mediation Closure Notice [44] reporting that the parties reached an agreement on all issues,

**IT IS ORDERED:**

1.   On or before **July 25, 2008** the parties shall file a joint stipulation for dismissal or other dispositive stipulation, and shall submit to Judge Smith Camp, at smithcamp@ned.uscourts.gov,  a  proposed order which will fully dispose of the case.

2.   Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

**DATED June 20, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**