IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MYRON "MICHAEL" ANSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV185 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | STIPULATION AND MOTION |
| | ) | FOR DISMISSAL WITH |
| Defendant. | ) | PREJUDICE |
| | ) | |

Come now the Plaintiff and the Defendant and hereby stipulate, agree, and move that the above-captioned case be dismissed with prejudice, each party to bear their own costs, and complete record waived.

MYRON "MICHAEL" ANSON,
Plaintiff

By: \_s/ Timothy J. O'Brien_____
    TIMOTHY J. O'BRIEN #16011
    HAUPTMAN, O'BRIEN, WOLF,
    & LATHROP, P.C.
    1005 South 107th Avenue,
    Suite 200
    Omaha, Nebraska 68114
    (402) 390-9000
    Email:
    tobrien@hauptman-obrien.net
    Attorneys for Plaintiff

Date: September 9, 2008

UNITED STATES OF AMERICA,
Defendant

By: JOE W. STECHER
    UNITED STATES ATTORNEY
    DISTRICT OF NEBRASKA

And: s/ Paul D. Boeshart
    PAUL D. BOESHART   #10365
    Assistant U.S. Attorney
    487 Federal Building
    100 Centennial Mall North
    Lincoln, NE  68508
    (402) 437-5241
    Email: paul.boeshart@usdoj.gov

Attorneys for Defendant

Date: September 9, 2008

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on _September 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Timothy J. O'Brien

and hereby certify that I have mailed by United States Postal Service, postage prepaid, the document to the following non CM/ECF participants: N/A.

                                                  s/ Paul D. Boeshart
                                                  PAUL D. BOESHART
                                                  Assistant U.S. Attorney